# Court of Appeals
# of the State of Georgia

ATLANTA, _August 04, 2023_

*The Court of Appeals hereby passes the following order:*

**A23A1701. WILLIAM STUMP v. THE STATE.**

In December 2018, William Stump pleaded guilty to two counts of homicide by vehicle, one count of serious injury by vehicle, and one count of driving under the influence. He was sentenced to a total of 40 years, with the first 23 to be served in incarceration, and the balance on probation. In May 2023, Stump filed a motion to withdraw his guilty plea, asserting that he had received ineffective assistance of counsel. The trial court entered an order denying Stump's motion on May 24, 2023 and Stump then filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Stump, however, did not file his appeal until June 26, 2023 — 33 days after entry of the trial court's order. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _08/04/2023_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.